**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

IN RE: DEWAYNE ANTHONY REED,

    Debtor(s),

CASE NO. 20-24997-K
ADV. NO.
CHAPTER 13

DEWAYNE ANTHONY REED,

    Plaintiff(s),

    v.

BRIDGECREST CREDIT,

    Defendant(s).

**PLAINTIFF'S COMPLAINT TO COMPEL TURNOVER OF 2011 VW CC FROM BRIDGECREST CREDIT**

    Plaintiff, the above-named chapter 13 debtor(s), alleges and requests as follows:

1. That this is an adversary proceeding brought pursuant to FED. R. BANKR. P. 7001(1) and 11 U.S.C. § 542(a) to recover a certain  2011 VW CC  assertedly repossessed by the defendant,  Bridgecrest Credit. , prior the commencement of this chapter 13 case.

2. That this Court has jurisdiction under the provision of 28 U.S. C. § § 1334, 151 and 157(a).

3. That by virtue of 28 U.S. C. § 157(b)(2)(E) this is a core proceeding. See also FED. R. BANK. P. 7008 (a).

4. That under the particular facts and circumstances and applicable law the plaintiff is entitled to possession of the above-described property of the estate for "use" as contemplated in 11 U.S. C. § 363.

    **WHEREFORE**, Plaintiff respectfully prays for an expedited hearing and order directing turnover of the above-described property of the estate from the defendant-creditor.

/s/Earnest E. Fiveash
Earnest E. Fiveash
2600 Poplar Avenue, Ste. 214
Memphis, TN 38112
(901) 417-8356

**CERTIFICATE OF SERVICE**

On October 28, 2020, a copy of the foregoing was served via United States Mail (First Class) or electronically to the **Debtor(s)**, 905 Pawnee Ave., Memphis, TN 38109; **Bridgecrest Credit,** P.O. Box 29018, Phoenix, AZ 85038; and to **Case Trustee**, 5350 Poplar Ave. Ste. 500, Memphis, TN 38119.

/s/Earnest E. Fiveash
Earnest E. Fiveash
2600 Poplar Avenue, Ste. 214
Memphis, TN  38112
(901) 417-8356